Shannon G. Splaine, Esq.
Nevada Bar No. 8241
Lincoln, Gustafson & Cercos LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

Attorneys for Defendant, Transworld Systems Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LEMOINE, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSWORLD SYSTEMS INC., <br><br> Defendant. | Case No: 2:17-cv-01956-RFB-GWF <br><br> JOINT STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER <br><br> Complaint Served: 8/11/17 <br> Current Response Date: 9/1/17 <br> New Response Date: 9/15/17 |

Plaintiff Ronald Lemoine ("Plaintiff") and Defendant Transworld Systems, Inc. ("Defendant"), hereby stipulate to extend Defendant's time in which to respond to Plaintiff's Complaint by fourteen days, to on or before September 15, 2017.

The additional time is needed by Defendant to investigate the allegations in the Complaint and Plaintiff does not oppose the request. The parties also intend to continue exploring potential settlement during this time.

No prior requests for extensions have been filed by either party in this case.

Dated: August 29, 2017      LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ Shannon G. Splaine
_____
Shannon G. Splaine
Attorney for Defendant
Transworld Systems, Inc.

Dated: August 29, 2017      KAZEROUNI LAW

/s/ Michael Kind
_____
Michael Kind
Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 8/30/2017