Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff Ronald Lemoine*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Lemoine,<br><br>  Plaintiff,<br><br>v.<br><br>Transworld Systems Inc.,<br><br>  Defendant. | Case No. 2:17-cv-01956-RFB-GWF<br><br>**STIPULATION OF DISMISSAL OF TRANSWORLD SYSTEMS INC.** |

///
///
///
///
///
///
///
///
///
///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ronald Lemoine ("Plaintiff") and Defendant Transworld Systems Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 27th day of November 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LINCOLN, GUSTAFSON & CERCOS**

By: /s/ Shannon G. Splaine
Shannon G. Splaine, Esq.
3960 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
*Attorneys for Defendant*
*Transworld Systems*

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of November, 2017.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 27, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148